## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal No. 08-00175-KD** |
| | * | |
| **JAMES EDWARD FOSTER** | * | |

## FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on April 24, 2009, this Court entered a Preliminary Order of Forfeiture, ordering defendant James Edward Foster's interest forfeited in a 2002 Toyota Sequoia, VIN AX2S071614; and

**WHEREAS**, the United States caused to be published on the official Government internet site, www.forfeiture.gov, for 30 days beginning on May 7, 2009, notice of this forfeiture and of the intent of the United States to dispose of the asset in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within sixty (60) days from the first date of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

**WHEREAS**, no third-parties have come forward to assert an interest in the property in the time required under Title 21, United States Code, Section 853(n)(2); and

**WHEREAS**, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to Title 21, United States Code, Sections 846, 841(a)(1) and 853;

**NOW, THEREFORE**, the Court having considered the matter and been fully advised in the premises, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pursuant to Title 21, United States Code, Sections 846, 841(a)(1) and 853, the 2002 Toyota Sequoia, VIN AX2S071614, is forfeited to the United States of America;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the vehicle described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Gloria A. Bedwell.

**DONE** and **ORDERED** this the **14th** day of **July 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**